IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

JIMMY CORREA-MARTINEZ
Defendant

CRIMINAL 05-0151CCC

# O R D E R

Having considered the Report and Recommendation filed on November 15, 2005 **(docket entry 32)** on a Rule 11 proceeding of defendant held before Magistrate Judge Camille Vélez-Rivé on November 10, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Jimmy Correa-Martínez is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 10, 2005. The **sentencing hearing is set for February 15, 2006 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on November 22, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge